No. 971, Misc. COMLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 524, Misc. JOHNSON v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 1078, Misc. GONZALEZ v. WARDEN, BROOKLYN HOUSE OF DETENTION. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, Michael Meltsner, Anthony G. Amsterdam, James M. Nabrit III, Charles Stephen Ralston* and *Melvyn Zarr* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Alan F. Scribner* for respondent.

No. 839, Misc. FISCHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Eugene P. Souther* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 855, Misc. BENNETT v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *United States* v. *Wade,* 388 U. S. 218, at 261–262 (separate opinion).